IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:02CR 83 |
| | § | |
| 1. TOMMY LYNN JOHNSON | § | |
| 2. REISA LYNN PETTIETTE | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 12 2002
DAVID J. MALAND, CLERK
BY
DEPUTY

INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

COUNT 1

Violation: 21 U.S.C. § 846
(Conspiracy to manufacture, distribute, and possess with intent to manufacture and distribute methamphetamine)

Beginning at a date unknown, and continuing thereafter through at least the date of the return of this Indictment, in Smith County, Texas, and Henderson County, Texas, in the Eastern District of Texas, and elsewhere, Tommy Lynn Johnson and Reisa Lynn Pettiette, defendants herein, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally manufacture, distribute, and possess with intent to manufacture and distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) prohibiting the manufacture, distribution and possession with intent to manufacture and

distribute methamphetamine, a Schedule II controlled substance, as hereafter set forth.

All in violation of Title 21, United States Code, Section 846.

OVERT ACTS

1. On or about March 14, 2002, at the Target and Brookshire's stores on South Broadway in Tyler, Smith County, Texas, Tommy Lynn Johnson and an unindicted coconspirator purchased multiple packages of pseudoephedrine and 16 lithium batteries. (Count 2)

2. On or about March 14, 2002, in Smith County, Texas, Tommy Lynn Johnson was in possession of a small quantity of methamphetamine and a pistol. (Counts 3 and 4)

3. On or about June 7, 2002, Tommy Lynn Johnson purchased an anhydrous ammonia fertilizer applicator and trailer.

4. On or about June 9, 2002, in Turnersville, Texas, Tommy Lynn Johnson purchased approximately 1,370 pounds of anhydrous ammonia for $157.55.

5. On or about June 26, 2002, in Turnersville, Texas, Tommy Lynn Johnson purchased approximately 3,430 pounds of anhydrous ammonia for $428.75.

6. On or about September 5, 2002, in Powell, Texas, Tommy Lynn Johnson attempted to purchase anhydrous ammonia from a feed store.

7. On or about September 5, 2002, in Kerens, Texas, Tommy Lynn Johnson attempted to purchase 6,000 pounds of anhydrous ammonia from a feed store. Tommy Lynn Johnson was driving a Chevrolet truck registered to Reisa L. Pettiette.

8. On or about September 7, 2002, in Dawson, Texas, Tommy Lynn Johnson purchased 1,000 pounds of anhydrous ammonia. Tommy Lynn Johnson was driving a

Chevrolet truck registered to Reisa L. Pettiette, and was accompanied by a white female.

9. On or about September 11, 2002, at a residence located at 719 Siesta Drive in Henderson County, Texas, Tommy Lynn Johnson and Reisa L. Pettiette possessed 194.6 grams of pseudoephedrine, lithium batteries, a triple beam scale, surveillance equipment, gas masks, drain opener, Coleman fuel, starting fluid, paint thinner and a shotgun with a 14 inch barrel. (Count 5)

10. On or about September 11, 2002, in a hay field in Henderson County, Texas, Tommy Lynn Johnson possessed approximately 315 gallons of anhydrous ammonia.

COUNT 2

Violation: 21 U.S.C. § 841(c)(1)
(Possession of a List 1 Chemical)

On or about March 14, 2002, in Smith County, Texas, in the Eastern District of Texas, Tommy Lynn Johnson, Defendant herein, did knowingly and intentionally, and without authorization, possess 128.9 grams of pseudoephedrine, a List 1 chemical, with intent to manufacture a controlled substance, specifically methamphetamine, in violation of Title 21, United States Code, Section 841(c)(1).

COUNT 3

Violation: 18 U.S.C. § 924(c)
(Use, carrying and possession of a firearm during and in furtherance of a drug trafficking crime)

On or about March 14, 2002, in Smith County, Texas in the Eastern District of Texas, Tommy Lynn Johnson, Defendant herein, did knowingly and intentionally use and carry and possess a firearm, to wit: a .40 caliber EAA Witness Model semi-automatic pistol,

Serial Number AE81229 during and in relation to and in furtherance of a felony drug trafficking crime for which he may be prosecuted in a court of the United States, that is the manufacture and possession with intent to distribute methamphetamine, a Schedule II Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), as alleged in Counts 1 and 2, all in violation of Title 18, United States Code, Section 924(c).

COUNT 4

Violation: 18 U.S.C. § 922(g)(3)
(possession of a firearm by a drug user)

On or about March 14, 2002, in Smith County, Texas in the Eastern District of Texas, Tommy Lynn Johnson, Defendant herein, who is an unlawful user of and addicted to a controlled substance, to wit: methamphetamine, did knowingly and unlawfully possess a firearm, to wit: a .40 caliber EAA Witness Model semi-automatic pistol, Serial Number AE81229 which firearm had been shipped in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(3) and 924(a).

COUNT 5

Violation: 21 U.S.C. § 841(c)(1) and 18 U.S.C. § 2
(Possession of a List 1 Chemical)

On or about September 11, 2002, in Henderson County, Texas, in the Eastern District of Texas, Tommy Lynn Johnson and Reisa Lynn Pettiette, Defendants herein, did knowingly and intentionally, and without authorization, possess 194.6 grams of pseudoephedrine, a List 1 chemical, with intent to manufacture a controlled substance, specifically methamphetamine, in violation of Title 21, United States Code, Section 841(c)(1) and Title 18, United States Code, Section 2.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant
to 18 U.S.C. § 3665, 21 U.S.C. § 853,
18 U.S.C. § 924(d), 21 U.S.C. § 881 and 18 U.S.C. § 2461

In committing the felony offenses alleged in this Indictment, Defendant TOMMY LYNN JOHNSON shall forfeit to the United States of America pursuant to 18 U.S.C. § 3665, 21 U.S.C. § 853, 18 U.S.C. § 924(d), 21 U.S.C. § 881 and 28 U.S.C. § 2461, all firearms and ammunition subject to forfeiture based on the aforementioned statutes, including but not limited to the following:

1. **EEA Witness model semi-automatic pistol, .40 caliber, S/N AE81229.**

By virtue of the commission of the aforecited felony offenses charged in this Indictment by the Defendant, any and all interest the Defendant has in the above-described firearm is vested in the United States and hereby forfeited to the United States for its use or for any other disposition in its discretion pursuant to 18 U.S.C. § 3665, 21 U.S.C. § 853, 18 U.S.C. § 924(d), 21 U.S.C. § 881 and 28 U.S.C. § 2461.

A TRUE BILL,

11/12/02
Date

FOREPERSON OF THE GRAND JURY

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

MARY ANN COZBY
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
903-590-1400
Bar Card No. 02656020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:02CR 83 |
| | § | |
| 1. TOMMY LYNN JOHNSON | § | |
| 2. REISA LYNN PETTIETTE | § | |

NOTICE OF PENALTY

COUNT 1

Violation: 21 U.S.C. § 846

Penalty: If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine - not less than 10 years or not more than life imprisonment, a fine not to exceed $4,000,000, or both - supervised release of at least 5 years.

If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine - not less than 5 years or not more than 40 years imprisonment, a fine not to exceed $2 million, or both - supervised release of at least 4 years.

If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine - not more than 20 years imprisonment, a fine not to exceed $1,000,000, or both - supervised release of at least 3 years.

Special Assessment: $100.00

COUNTS 2 and 5

Violation: 21 U.S.C. § 841(c)

Penalty: Not more than 20 years imprisonment, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment: $100.00



6

COUNT 3

Violation: 18 U.S.C. § 924(c)

Penalty: Imprisonment for 5 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, and supervised release of not more than 3 years.

Special Assessment: $100.00

COUNT 4

Violation: 18 U.S.C. § 922(g)(3)

Penalty: Not more than 10 years imprisonment, a fine not to exceed $250,000, and supervised release of not more than 3 years.

Special Assessment: $100.00



7