IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TOMMY LYNN JOHNSON | § | |
| v. | § | CIVIL ACTION NO. 6:07cv82<br>(Crim. No. 6:02cr83) |
| UNITED STATES OF AMERICA | § | |

FINAL JUDGMENT

The above-styled motion to vacate or correct sentence having come before the Court for consideration, and a decision having been duly rendered, it is hereby

ORDERED and ADJUDGED that no relief is granted to the Movant and that the above-styled motion to vacate or correct sentence be and hereby is DISMISSED with prejudice.

**So ORDERED and SIGNED this 28th day of December, 2007.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**