UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:02-cr-00083-1

———

**United States of America,**
*Plaintiff,*

v.

**Tommy Lynn Johnson,**
*Defendant.*

———

Before BARKER, *District Judge*

———

## ORDER

Defendant's motion for termination of his supervised release (Doc. 213) is **denied**. The President did not see fit to commute defendant's term of supervised release when commuting his term of imprisonment, and the burden on defendant from supervised release on a low-risk caseload are not so severe that supervision should be terminated entirely. The court recognizes that defendant's supervised release has proceeded without incident so far, which is commendable.

*So ordered by the court on November 8, 2019.*

_____
J. CAMPBELL BARKER
United States District Judge